IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Benjamin Hendricks,

      Plaintiff,

    v.                         Case No. 2:15-cv-3130

Gary Mohr, et al.,

      Defendants.


ORDER

On January 10, 2019, the magistrate judge issued a report and recommendation (Doc. 89) recommending that the defendants' motion for summary judgment (Doc. 83) be granted. On January 28, 2019, the court entered an order directing plaintiff to file objections to the report and recommendation no later than February 19, 2019. The order advised plaintiff that the failure to file objections to the report and recommendation by that date would result in a waiver of the right to have this court review the report and recommendation *de novo*, and would operate as a waiver of the right to appeal the decision of this court adopting the report and recommendation. Doc. 90. The time period for filing objections has expired, and no objections have been filed to the report and recommendation.

The court agrees with the recommendation of the magistrate judge, and hereby adopts the report and recommendation (Doc. 89). Defendants' motion for summary judgment (Doc. 83) is granted. Defendants' motion to dismiss for failure to prosecute (Doc. 88) is moot. The clerk is directed to enter final judgment in favor of defendants John Gardner, Andrew Eddy, Arthur Hale and Anthony Ayres.

It is so ordered.


Date: February 21, 2019                    s/James L. Graham
                                James L. Graham
                                United States District Judge